

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-23-1995

# USA v Zehrbach

Precedential or Non-Precedential:

Docket 93-7477

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"USA v Zehrbach" (1995). *1995 Decisions.* Paper 21.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/21

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 93-7477 and 93-7493
_____


UNITED STATES OF AMERICA

vs.

DARUS H. ZEHRBACH,

Appellant in No. 93-7477.

ALEX A. MERVIS,

Appellant in No. 93-7493.

_____


APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(D.C. Criminal Nos. 92-00218-01 and 02)

_____


ARGUED OCTOBER 28, 1993
BEFORE:  ROTH, LEWIS and GARTH, Circuit Judges.

REARGUED IN BANC OCTOBER 17, 1994
BEFORE:  SLOVITER, Chief Judge, BECKER, STAPLETON,
MANSMANN, GREENBERG, HUTCHINSON, SCIRICA, COWEN,
NYGAARD, ALITO, ROTH, LEWIS, McKEE and GARTH
Circuit Judges.

_____


ORDER AMENDING SLIP OPINION
_____

IT IS HEREBY ORDERED that the Slip Opinion filed in this case on January 23, 1995, be amended as follows:

The dissent by Judge Lewis is amended to show that Judges Mansmann, Nygaard and McKee join in that dissent.

BY THE COURT


Timothy K. Lewis /s/
Circuit Judge


Dated: January 23, 1995